```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MILTON WILLIAMS,                                            :
                                                            :
                          Plaintiff,                        :
                                                            :           21-cv-1587 (VSB)
         -against-                                          :
                                                            :                 ORDER
NICHOLS GARDEN NURSERY, INC.,                               :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 29, 2021, Defendant filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 11.) Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby:

ORDERED that Plaintiff shall file any amended complaint by May 20, 2021. It is unlikely that Plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by May 31, 2021. Defendant's reply, if any, shall be served by June 14, 2021. At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules.

SO ORDERED.

Dated: April 30, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge