UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
MILTON WILLIAMS,                                         :
                                                         :
                              Plaintiff,                 :
                                                         :     21-CV-1587 (VSB)
          -against-                                      :
                                                         :           **ORDER**
NICHOLS GARDEN NURSERY, INC.,                            :
                                                         :
                              Defendant.                 :
                                                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and with prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

*[signature]*

Vernon S. Broderick
United States District Judge